# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JEANETTA PLEASANT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:19-CV-01267-CLM |
| v. ) | |
| ) | |
| **SOCIAL SECURITY** ) | |
| **ADMINISTRATION,** ) | |
| **ADMINISTRATOR,** ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

This order is entered based upon the scheduling conference held September 29, 2020. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

The dates and deadlines in this case are set forth below:

| Event / Item Due | Date / Deadline |
|---|---|
| Initial Disclosures | 10/15/2020 |
| Deadline to Amend Pleadings (parties, counts, etc.) | P: 11/18/2020￼<br>D: 12/16/2020 |
| Status Conference (telephone) | 12/15/2020 @ 2:30pm CT |
| Expert Reports | P Reports: 12/16/2020￼<br>P Depositions: 01/16/2021￼<br>D Reports: 01/20/2021￼<br>D Depositions: 02/20/2021 |
| Rule 26(e) Supplementations | Follow Rule 26(e)(1)(A) |

| | |
|---|---|
| All Discovery Complete (Fact and Expert) | 04/30/2021 |
| Status Conference (telephone) | 05/04/2021 @ 10:00am CT via telephone |
| Dispositive motions | 06/01/2021 |
| Witness and Exhibit Lists | 09/03/2021 |
| Pretrial Conference | 09/10/2021 @ 2:00pm CT in Anniston |
| Trial Date | 10/11/2021 in Anniston in Anniston |

The court sets the following limits with respect to discovery:

| Form of Discovery | Limitations |
|---|---|
| Interrogatories | 30 each; 30 days to respond |
| Requests for Admissions | 30 each; 30 days to respond |
| Requests for Production | 30 each; 30 days to respond |
| Depositions (non-medical, non-expert, medical, and expert) | 5 each; 7 hours per deposition |

Please use the call-in information from today's telephone scheduling conference for future telephone conferences. All dispositive motions filed in this action, and all responses thereto, must comply with all requirements of Appendix II to this court's Uniform Initial Order, attached hereto for the parties' convenience. This order may be modified by filing a motion that establishes good cause for the requested change.

**DONE** and **ORDERED** this 29th day of September, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE