# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JEANETTA PLEASANT,** | } |
| **Plaintiff,** | } |
| v. | } Case No. 2:19-CV-01267-CLM |
| **SOCIAL SECURITY ADMINISTRATION, ADMINISTRATOR,** | } |
| **Defendant.** | } |

## ORDER TO SHOW CAUSE

This case is before the court on Defendant's second motion to compel discovery responses. Doc. 35. Plaintiff Pleasant is **ORDERED to show cause** in writing on or before June 1, 2021, why this court should not **DISMISS** her claims for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Specifically, Plaintiff must address why she has failed to respond to communications from Defendant, failed to provide discovery responses that Plaintiff previously ensured were forthcoming, and failed to comply with the court's first order compelling Plaintiff to provide said responses. *See* Docs. 33, 34, 35. Failure to respond to this order shall result in the dismissal of this action with prejudice.

**DONE** and **ORDERED** this 24th day of May, 2021.

                                                _/s/ Corey L. Maze_
                                                **COREY L. MAZE**
                                               UNITED STATES DISTRICT JUDGE